**Higginbotham, Caleb J.**
**Debtor**

**Case no. 15-10302**
**Petition filed 1/31/15**

---

**Payment advices for 12/2/14 – 1/31/15**
**SunSource**

# 60 days

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**SunSource**

2301 W Windsor Court
Addison, IL 60101

Pay Statement
Period Start Date 01/04/2015
Period End Date 01/17/2015
Pay Date           01/23/2015
Document           35108
Net Pay            $1,933.69

### Pay Details

| Caleb Higginbotham | Employee Number | 008538 | Pay Group | STS Bi-weekly | Federal Income Tax | S1 |
| 2126 Kellogg Ave | SSN | xxx-xx-7285 | Location | Wisconsin Virtual | WI State Income Tax (Residence) | S1 |
| Janesville, WI 53546 | Job | Account Manager | Division | 35 - FPE | WI State Income Tax (Work) | S1 |
| USA | Pay Rate | $33.65 | Department | 6605 - Process-Outside Sales | | |
|  | Pay Frequency | Biweekly | GL Dept Code | 6 - 6 | | |
|  |  |  | Region | FPE - FPE | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Auto Taxed | 0.0000 | $0.0000 | $346.16 | $692.32 |
| Group Term Life | 0.0000 | $0.0000 | $2.54 | $5.08 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $807.69 |
| Regular Pay | 80.0000 | $33.6538 | $2,692.31 | $4,576.92 |
| Total Hours | 80.0000 | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| 401k % | Yes | $134.62 | $269.24 |
| Dental | Yes | $22.75 | $45.50 |
| Group Term Life | No | $2.54 | $5.08 |
| PPO2 Medical | Yes | $73.61 | $147.22 |
| Vision | Yes | $7.15 | $14.30 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $42.60 | $85.19 |
| Federal Income Tax | $478.36 | $956.72 |
| Social Security Employee Tax | $182.13 | $364.25 |
| WI State Income Tax | $163.56 | $327.12 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1128 | Checking | $1,933.69 |
| Total |  | $1,933.69 |

### Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,041.01 | $2,802.88 | $866.65 | $240.67 | $1,933.69 |
| YTD | $6,082.01 | $5,605.75 | $1,733.28 | $481.34 | $3,867.39 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**SunSource**

2301 W Windsor Court
Addison, IL 60101

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 12/21/2014 |
| Period End Date | 01/03/2015 |
| Pay Date | 01/09/2015 |
| Document | 34380 |
| Net Pay | $1,933.70 |

## Pay Details

| Caleb Higginbotham | Employee Number | 008538 | Pay Group | STS Bi-weekly | Federal Income Tax | S1 |
|---|---|---|---|---|---|---|
| 2126 Kellogg Ave | SSN | xxx-xx-7285 | Location | Wisconsin Virtual | WI State Income Tax (Residence) | S1 |
| Janesville, WI 53546 | Job | Account Manager | Division | 35 - FPE | WI State Income Tax (Work) | S1 |
| USA | Pay Rate | $33.65 | Department | 6605 - Process-Outside Sales | | |
| | Pay Frequency | Biweekly | GL Dept Code | 6 - 6 | | |
| | | | Region | FPE - FPE | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Auto Taxed | 0.0000 | $0.0000 | $346.16 | $346.16 |
| Group Term Life | 0.0000 | $0.0000 | $2.54 | $2.54 |
| Holiday | 24.0000 | $33.6538 | $807.69 | $807.69 |
| Regular Pay | 56.0000 | $33.6538 | $1,884.61 | $1,884.61 |
| **Total Hours** | **80.0000** | | | |

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| 401k % | Yes | $134.62 | $134.62 |
| Dental | Yes | $22.75 | $22.75 |
| Group Term Life | No | $2.54 | $2.54 |
| PPO2 Medical | Yes | $73.61 | $73.61 |
| Vision | Yes | $7.15 | $7.15 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $42.59 | $42.59 |
| Federal Income Tax | $478.36 | $478.36 |
| Social Security Employee Tax | $182.12 | $182.12 |
| WI State Income Tax | $163.56 | $163.56 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1128 | Checking | $1,933.70 |
| Total | | $1,933.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,041.00 | $2,802.87 | $866.63 | $240.67 | $1,933.70 |
| YTD | $3,041.00 | $2,802.87 | $866.63 | $240.67 | $1,933.70 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**SunSource**

4797 Campus Drive
Kalamazoo, MI 49008-2594

**Pay Statement**
Period Start Date 12/07/2014
Period End Date 12/20/2014
Pay Date         12/26/2014
Document         1600
Net Pay          $1,911.91

## Pay Details

Caleb Higginbotham
2126 Kellogg Ave
Janesville, WI 53546
USA

| | |
|---|---|
| Employee Number | 008538 |
| SSN | 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 |
| Job | Account Manager |
| Pay Rate | $33.65 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | FPE Bi-weekly |
| Location | Wisconsin Virtual |
| Division | 35 - FPE |
| Department | 6605 - Process-Outside Sales |
| GL Dept Code | 6 - 6 |
| Region | FPE - FPE |

| | |
|---|---|
| Federal Income Tax | S1 |
| WI State Income Tax (Residence) | S1 |
| WI State Income Tax (Work) | S1 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Auto Taxed | 0.0000 | $0.0000 | $346.16 | $3,807.76 |
| Cash | 0.0000 | $0.0000 | $0.00 | $445.44 |
| Group Term Life | 0.0000 | $0.0000 | $2.54 | $17.78 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $807.69 |
| Regular Pay | 80.0000 | $33.6538 | $2,692.30 | $28,807.67 |
| Total Hours | 80.0000 | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| 401k % | Yes | $134.62 | $807.72 |
| Dental | Yes | $22.75 | $159.25 |
| Group Term Life | No | $2.54 | $17.78 |
| PPO3 Classic | Yes | $103.75 | $726.25 |
| Vision | Yes | $7.15 | $50.05 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $42.16 | $477.79 |
| Federal Income Tax | $474.19 | $5,626.87 |
| Social Security Employee Tax | $180.26 | $2,042.95 |
| WI State Income Tax | $161.67 | $1,853.50 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1128 | Checking | $1,911.91 |
| Total | | $1,911.91 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,041.00 | $2,772.73 | $858.28 | $270.81 | $1,911.91 |
| YTD | $33,886.34 | $32,143.07 | $10,001.11 | $1,761.05 | $22,124.18 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**SunSource**

4797 Campus Drive
Kalamazoo, MI 49008-2594

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 11/23/2014 |
| Period End Date | 12/06/2014 |
| Pay Date | 12/12/2014 |
| Document | 1575 |
| Net Pay | $1,911.92 |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Caleb Higginbotham | Employee Number | 008538 | Pay Group | FPE Bi-weekly | Federal Income Tax S1 |
| 2126 Kellogg Ave | SSN | xxxxxxxxx | Location | Wisconsin Virtual | WI State Income Tax (Residence) S1 |
| Janesville, WI 53546 | Job | Account Manager | Division | 35 - FPE | WI State Income Tax (Work) S1 |
| USA | Pay Rate | $33.65 | Department | 6605 - Process-Outside Sales | |
| | Pay Frequency | Biweekly | GL Dept Code | 6 - 6 | |
| | | | Region | FPE - FPE | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Auto Taxed | 0.0000 | $0.0000 | $346.16 | $3,461.60 |
| Cash | 0.0000 | $0.0000 | $0.00 | $445.44 |
| Group Term Life | 0.0000 | $0.0000 | $2.54 | $15.24 |
| Holiday | 16.0000 | $33.6538 | $538.46 | $807.69 |
| Regular Pay | 64.0000 | $33.6538 | $2,153.84 | $26,115.37 |
| Total Hours | 80.0000 | | | |

### Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| 401k % | Yes | $134.62 | $673.10 |
| Dental | Yes | $22.75 | $136.50 |
| Group Term Life | No | $2.54 | $15.24 |
| PPO3 Classic | Yes | $103.75 | $622.50 |
| Vision | Yes | $7.15 | $42.90 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $42.16 | $435.63 |
| Federal Income Tax | $474.19 | $5,152.68 |
| Social Security Employee Tax | $180.25 | $1,862.69 |
| WI State Income Tax | $161.67 | $1,691.83 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1128 | Checking | $1,911.92 |
| Total | | $1,911.92 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,041.00 | $2,772.73 | $858.27 | $270.81 | $1,911.92 |
| YTD | $30,845.34 | $29,370.34 | $9,142.83 | $1,490.24 | $20,212.27 |

*Originally printed in English*