UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re

Caleb J. Higginbotham a/k/a
Cal Higginbotham,                    Case No. 3-15-10302-rdm

Debtor.

---

AFFIDAVIT OF NO OBJECTION AND IN SUPPORT OF
ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

---

STATE OF WISCONSIN    )
                     ) SS.
MILWAUKEE COUNTY     )

Jeffrey S. Schuster, being first duly sworn on oath, deposes and says:

1. That he is an attorney licensed to practice law in the United States Bankruptcy Court for the Western District of Wisconsin and represents creditor, Associated Bank, N.A. (hereinafter referred to as "creditor"), in the above matter, making this Affidavit on its behalf.

2. That on February 12, 2015, creditor filed a Motion for Relief from Automatic Stay and Abandonment; that said Motion was served on the debtor, the Trustee and debtor's attorney via email or the United States mail, pursuant to statute.

3. That fourteen (14) days have passed since said service and no Objection has been served on your affiant or the Court.

Creditor's attorneys:
Stupar & Schuster, S.C.
By: Jeffrey S. Schuster
633 West Wisconsin Avenue
Milwaukee, WI 53203
(414) 271-8833
(414) 271-2866 facsimile
jschuster@ssclaw.com

4. That the purpose of this Affidavit is to have the Court enter an Order (a) granting creditor relief from the automatic stay imposed herein in order to continue with its foreclosure action in State court; and, (b) waiving the provisions of Bankruptcy Rule 4001(a)(3); and, (c) authorizing the Trustee to abandon the bankruptcy estate's interest in the creditor's collateral.

Dated this 18th day of March, 2015.

/s/
Jeffrey S. Schuster

Subscribed and sworn to before me
March 18, 2015

/s/
Notary Public, State of Wisconsin
My Commission expires 06/12/2016.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re

    Caleb J. Higginbotham a/k/a
    Cal Higginbotham,                              Case No. 3-15-10302-rdm

                Debtor.                              AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN    )
                                   ) SS.
MILWAUKEE COUNTY    )

       Jordan Heilman, being first duly sworn on oath, deposes and says that a true copy of the Affidavit of No Objection and in Support of Motion for Relief from Automatic Stay and Abandonment and proposed Order was served upon the hereinafter named parties by email or by enclosing the same in an envelope postpaid for first-class handling which bore the sender's name and return address and which was addressed to each such party at his/her respective post office address and which was deposited in a U. S. Post Office depository in Milwaukee, Wisconsin, on March 18, 2015.

See attached mailing matrix for parties

                                                          /s/
                                                    Jordan Heilman

Subscribed and sworn to before me
this date: March 18, 2015.

          /s/
Notary Public, State of Wisconsin
My Commission expires: _____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re

Caleb J. Higginbotham a/k/a
Cal Higginbotham,

Case No. 3-15-10302-rdm

Debtor.

---

ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

---

Upon the records, pleadings and proceedings heretofore had and on file in this matter and particularly upon the Affidavit filed herein,

IT IS HEREBY ORDERED:

1. That Associated Bank, N.A., is hereby granted relief from the automatic stay imposed herein in order to continue with its foreclosure action in State court, with regard to the property located at 2126 Kellogg Avenue, Janesville, Wisconsin 53546.

2. That the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived, and this Order shall become effective immediately upon the signing of this Order.

3. That the Trustee's interest in the subject real estate is hereby abandoned.

### # # #

Label Matrix for local noticing
0758-3
Case 3-15-10302-rdm
Western District of Wisconsin
Madison
Tue Feb 10 12:09:44 CST 2015

ARS National Services
PO Box 469046
Escondido, CA 92046-9046

AT & T
PO Box 55126
Boston, MA 02205-5126

Advia Credit Union
1982 Cranston Rd
Beloit, WI 53511-3137

Advia Credit Union
550 S Riverview Dr
Parchment, MI 49004-1234

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Associated Bank
1305 Main St
Stevens Point, WI 54481-2898

Attorney Jeffrey Schuster
633 W Wisconsin Ave
Milwaukee, WI 53203-1918

Best Buy Credit Services
PO Box 790441
Saint Louis, MO 63179-0441

Bonded Collectors Of Wisconsin
2425 Airport Rd
PO Box 83
Portage, WI 53901-0083

CU Recovery Inc
26263 Forest Blvd
Wyoming, MN 55092-8033

Charter Communications
8413 Excelsior Dr Ste 120
Madison, WI 53717-1970

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Credit Collection Service
2 Wells Ave
Newton, MA 02459-3246

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912

Dean Clinic
11051 N Sherman Rd
Edgerton, WI 53534-1398

Dean Health System
1802 W Beltline Hwy
Madison, WI 53713-2334

Hess Memorial Hospital
Mile Bluff Medical Center
1050 Division St
Mauston, WI 53948-1931

Caleb J Higginbotham
2126 Kellogg Ave
Janesville, WI 53546-3912

Holly L Higginbotham
2705 Mason St
Delavan, WI 53115-3632

IRS - Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

MB Financial Bank
6111 N River Rd
Rosemont, IL 60018-5111

Meditcredit Corporation
PO Box 1629
Maryland Heights, MO 63043-0629

Mercy Health System
Mercy Business Center
PO Box 5003
Janesville, WI 53547-5003

Rodney E. Neher
1215 Blaine Avenue
Janesville, WI 53545-1833

William J. Rameker
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038

Sears
PO Box 6283
Sioux Falls, SD 57117-6283

| | | |
|---|---|---|
| Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Slumberland / Wells Fargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 |
| St Mary's Hospital<br>3400 E Racine St<br>Janesville, WI 53546-2344 | State Collection Services<br>PO Box 6250<br>Madison, WI 53716-0250 | Sunco Inc<br>Sunco Tanning Beds<br>876 Holliston Mills Rd<br>Church Hill, TN 37642-4502 |
| U.S. Trustee's Office<br>U.S. Trustee's Office<br>Suite 304<br>780 Regent Street<br>Madison, WI 53715-2635 | UW Health - Physicians<br>7974 UW Health Ct<br>Middleton, WI 53562-5531 | Wells Fargo National Bank / Steinhafels<br>PO Box 10475<br>Des Moines, IA 50306-0475 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Americollect<br>PO Box 1566<br>Manitowoc, WI 54221-1566 | IRS - Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Wisconsin Dept of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                  40 |