**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: March 19, 2015**

**Hon. Robert D. Martin
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re

Caleb J. Higginbotham a/k/a
Cal Higginbotham,                                         Case No. 3-15-10302-rdm

Debtor.

ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Upon the records, pleadings and proceedings heretofore had and on file in this matter and particularly upon the Affidavit filed herein,

IT IS HEREBY ORDERED:

1.  That Associated Bank, N.A., is hereby granted relief from the automatic stay imposed herein in order to continue with its foreclosure action in State court, with regard to the property located at 2126 Kellogg Avenue, Janesville, Wisconsin 53546.

2.  That the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived, and this Order shall become effective immediately upon the signing of this Order.

3.  That the Trustee's interest in the subject real estate is hereby abandoned.

### # #